372 A.2d 431
Commonwealth v. Urrutia, Appellant.

Submitted March 22, 1976. Wayne G. Hummer, Jr., and Lombardo & Hummer, for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 431
Commonwealth v. Wagenhoffer, Appellant.

Argued December 9, 1976. Theodore Simon, with him Richard D. Atkins, for appellant; Stanley R. Ott, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appeal quashed and the defendant is directed to appear in the court below when called, in order to be committed by that court to serve any portion of the sentence which had not been completed at the time the appeal was made a supersedeas.